AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, SUPPLEMENTAL RETIREMENT, WELFARE and APPRENTICE and TRAINING FUNDS

V.

IDEAL CONSTRUCTION, CO. and
BALTAZAAR GUTIERREZ

CASE NUMBER: 18cv5488

ASSIGNED JUDGE: Jorge L. Alonso

DESIGNATED
MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

BALTAZAAR GUTIERREZ
521 SPRINGWOOD LANE
BOLINGBROOK, IL 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
McGANN, KETTERMAN & RIOUX
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Patryja Janecek_
(By) DEPUTY CLERK



August 13, 2018
DATE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, SUPPLEMENTAL RETIREMENT, WELFARE AND APPRENTICE AND TRAINING FUNDS<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>IDEAL CONSTRUCTION, INC.; BALTAZAAR GUTIERREZ<br><br>Defendant/Respondent | Case No.: **18 CV 5488**<br>Division:<br><br>AFFIDAVIT OF SERVICE OF **SUMMONS AND COMPLAINT** |

I, **Michael Feehan**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, Inc. 633 Yesler Way Seattle, WA 98104 License No 117-001765.

On the **19th day of August, 2018 at 11:08 AM**, I, **Michael Feehan, SERVED BALTAZAAR GUTIERREZ at 521 SPRINGWOOD LANE, BOLINGBROOK, Will County, IL 60440** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **BALTAZAAR GUTIERREZ**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service, with identity confirmed by subject stating their name, a gray-haired Hispanic male approx. 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Service Fee Total: **$60.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

| NAME: *[signature]* Michael Feehan | 129-157466<br>Server ID # | August 19, 2018<br>Date |
|---|---|---|

REF: **N11271**

Page 1 of 1
Tracking #: **0026863338**