AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, SUPPLEMENTAL RETIREMENT, WELFARE and APPRENTICE and TRAINING FUNDS

V.

IDEAL CONSTRUCTION, CO. and
BALTAZAAR GUTIERREZ

CASE NUMBER: 18cv5488

ASSIGNED JUDGE: Jorge L. Alonso

DESIGNATED MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

IDEAL CONSTRUCTION, CO.
c/o LAURA GUTIERREZ, REGISTERED AGENT
521 SPRINGWOOD LANE
BOLINGBROOK, IL 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
McGANN, KETTERMAN & RIOUX
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



August 13, 2018

DATE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, SUPPLEMENTAL RETIREMENT, WELFARE AND APPRENTICE AND TRAINING FUNDS<br>Plaintiff/Petitioner<br>vs.<br>IDEAL CONSTRUCTION, INC.; BALTAZAAR GUTIERREZ<br>Defendant/Respondent | Case No.: **18 CV 5488**<br>Division:<br><br>AFFIDAVIT OF NON-SERVICE OF **SUMMONS AND COMPLAINT** |

I, **Michael Feehan**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, Inc. 633 Yesler Way Seattle, WA 98104 License No 117-001765.

On the **21st day of August, 2018 at 8:32 PM**, I, Michael Feehan, NON-SERVED IDEAL CONSTRUCTION, INC. c/o LAURA GUTIERREZ, REGISTERED AGENT.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **521 SPRINGWOOD LANE, BOLINGBROOK, Will County, IL 60440**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
8/14/2018 5:00 PM: Per agent's son, WHO REFUSED TO GIVE NAME, RESIDENT, a brown-haired Hispanic male contact approx. 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs; subject resides but not available at this time & closed the door on me
8/16/2018 8:33 PM: No answer at door, no noise inside, no movement inside and no lights.
8/19/2018 11:19 AM: Per BALTAZAAR GUTIERREZ, RESIDENT, a gray haired Hispanic male contact approx. 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs; subject resides but not available at this time.
8/20/2018 8:28 AM: No answer at door, noise inside, movement inside and no lights.
8/20/2018 8:28 AM: No answer at door, noise inside, movement inside and no lights.
8/21/2018 8:32 PM: No answer at door, noise inside, movement inside and lights on inside. People moving around inside but would not open the door

Service Fee Total: **$60.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of NonService are true and correct.

NAME: _Michael Feehan_ (signature)   129-157466   August 22, 2018
                                      Server ID #   Date

REF: **N11271**                                                Page 1 of 1
                                                        Tracking #: **0026986016**